UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JACK COOPER TRANSPORT COMPANY,
LLC,                                                                                                           Plaintiff,

v.                                                                                Civil Action No. 3:22-cv-541-DJH-CHL

CAROLINA CASUALTY INSURANCE
COMPANY,                                                                                                    Defendant.

\* \* \* \* \*

### **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 26) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. This matter is now **CLOSED.**